**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN EARL CORLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | ) CIVIL NO. 1:25-cv-01336-EPG<br>)<br>) **STIPULATION TO VOLUNTARY**<br>) **REMAND PURSUANT TO SENTENCE**<br>) **FOUR OF 42 U.S.C. § 405(g) AND TO**<br>) **ENTRY OF JUDGMENT; ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Frank

Bisignano, Commissioner of Social Security ("Commissioner"), through their undersigned

counsel of record, that the above-entitled action shall be remanded to the Commissioner for

further administrative proceedings.

On remand, the Commissioner will develop the record as necessary; reconsider all

relevant issues; offer the claimant the opportunity for a hearing; and issue a new decision.  The

parties further request that the Court direct the Clerk of the Court to enter a final judgment in

favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

Social Security Act, 42 U.S.C. 405(g).

///

///

Dated:  March 23, 2026

/s/ *Melissa Newel
MELISSA NEWEL
Attorney for Plaintiff
*Authorized via e-mail on March 20, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:    /s/ Noah Schabacker
NOAH SCHABACKER
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

IT IS SO ORDERED.

Dated:    **March 23, 2026**                    /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE