UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JULIAN EARL CORLEY,

Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.

No.  1:25-CV-01336-EPG

**STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that Julian Earl Corley ("Plaintiff") be awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the amount of seven thousand nine hundred and twenty-one dollars and eighty cents ($7,921.80). This represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action to date, in accordance with 28 U.S.C. §2412 (d).

After the Court issues an Order for EAJA fees to Plaintiff, the government will consider

the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the Order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the payment of fees approved to be made payable to Melissa Newel, pursuant to the assignment executed by Plaintiff. Any and all payments made shall be delivered to Plaintiff's counsel by electronic transfer or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

///

///

///

///

///

///

///

///

///

///

Respectfully submitted,

Dated: April 3, 2026                    NEWEL LAW

By:     *Melissa Newel*
        Melissa Newel
        Attorney for Plaintiff
        JULIAN EARL CORLEY

Dated: April 3, 2026                    ERIC GRANT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Head of Program Litigation 1
                                        Social Security Administration

By:     Noah Schabacker*
        NOAH SCHABACKER
        (*Authorized by email dated 04/03/2026*)
        Special Assistant U.S. Attorney
        Program Litigation 1, Law & Policy
        Social Security Administration
        Attorneys for Defendant

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of **seven thousand nine hundred and twenty-one dollars and eighty cents ($7,921.80)** be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:    **April 6, 2026**                              /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE